HARRY G. SOPER, Respondent, *v.* EDWARD H. BUTLER, Appellant.

*Soper* v. *Butler*, 127 App. Div. 946, affirmed.
· (Argued November 24, 1909; decided December 14, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 7, 1908, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action for libel.

*Simon Fleischmann* for appellant.

*H. B. Butterfield* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WERNER and CHASE, JJ. Dissenting: HAIGHT, J.

---

NATHANIEL W. MAXWELL, Respondent, *v.* DEXTER SULPHITE PULP AND PAPER COMPANY et al., Appellants.

*Maxwell* v. *Dexter Sulphite Pulp & Paper Co.*, 127 App. Div. 945, affirmed.
(Submitted November 24, 1909; decided December 14, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 22, 1908, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the floating of loose logs on a certain portion of the Black river.

*Elon R. Brown* and *Henry H. Babcock* for appellants.

*A. E. Kilby* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.